UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8: 26- cr-116-mss-tgw

18 U.S.C. § 2261A(2)(A)
(Cyberstalking)

CORY MESSINA,
    a/k/a "Corey Ginsberg"

18 U.S.C. § 875(c)
(Interstate Transmission
of Threat)

## INDICTMENT

**SEALED**

The Grand Jury charges:

## COUNT ONE
(Cyberstalking)

MAR 31 2026 PM3:27
FILED - USDC - FLMD - TPA

Beginning at least as early as January 2024, the exact date being unknown, and continuing through on or about March 31, 2026, in the Middle District of Florida, and elsewhere, the defendant,

CORY MESSINA, a/k/a "Corey Ginsberg,"

with the intent to harass and intimidate another person, did use an interactive computer service and electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed that person in reasonable fear of death or serious bodily injury to that person and immediate family members of that person, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person and

immediate family members of that person, that is, the defendant made phone calls, sent electronic messages and e-mails threatening, harassing, and intimidating Public Official 1 and Public Official 1's immediate family members.

In violation of 18 U.S.C. §§ 2261A(2)(A) and (B), 2261(b)(5).

## COUNT TWO
### (Threat to Injure)

On or about January 7, 2025 in the Middle District of Florida, and elsewhere, the defendant,

CORY MESSINA, a/k/a "Corey Ginsberg,"

did knowingly transmit in interstate and foreign commerce communications containing a threat to injure the person of another, that is, Victim 1, including, the following statements: "maybe I'll just come down there and kick, uh , kick , uh [Public Official 1] uh, kick, uh ,uh, [Public Official 1's] ass, How you feel about that. Maybe I'll do that… it's not a threat, [its] a promise. How would you like me to do that, how would you like me to kick his ass" with the intent to communicate a true threat of violence.

In violation of 18 U.S.C. § 875(c).

2

## FORFEITURE

1.    The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

3

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By:
Lindsey Schmidt
Assistant United States Attorney

By:
Daniel Baeza
Assistant United States Attorney
Chief, National Security and
International Narcotics Section

4

FORM OBD-34
March 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

**CORY MESSINA,**
a/k/a "Corey Ginsberg"

INDICTMENT

Violations:  18 U.S.C. § 2261A(2)(A)
18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 31st day

of March, 2026.

_____
Clerk – Karina Nieves

Bail $_____

GPO 863 525